No. 99–9692. MENDOZA-MARTINEZ ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 99–9696. OSWALD *v.* WISCONSIN. Ct. App. Wis. Certiorari denied. 

No. 99–9709. ANDERSON *v.* OHIO. Ct. App. Ohio, Miami County. Certiorari denied.

No. 99–9717. OAKLEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 99–9718. OCHSNER *v.* PRATT, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–9726. SEIBEL *v.* OHIO. Ct. App. Ohio, Morgan County. Certiorari denied.

No. 99–9730. GAONA-HERNANDEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 99–9734. WATSON *v.* KONTEH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–9736. CAMPILLO-RESTREPO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–9749. WHITE *v.* OHIO. Ct. App. Ohio, Miami County. Certiorari denied.

No. 99–9757. COSTA *v.* MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied. 

No. 99–9785. KIISTER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 99–9787. CARMOUCHE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 99–9790. LIVINGSTON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–9791. JOHNSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 99–9796. HUDSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.